IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Chappell,

      Plaintiff(s),

      vs.

Lt. D. Lewis, et al.,

      Defendant(s).

Case Number: 1:16cv659

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 22, 2017 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 5, 2017, hereby ADOPTS said Report and Recommendation.

However, the mail was returned on August 29, 2017 for lack of postage. The Clerk resent the Report and Recommendation again via regular mail on the same day. As of this date, no objections has been filed and time for filing objections expired September 15, 2017.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court